Because I consider this court to be without jurisdiction to review this case, I dissent.
This is an attempt to appeal from the following:
 "1/24/83 Trial commenced to a jury of twelve on January 24, 1983. Upon the conclusion of the trial, the jury returned the following verdicts: `We, the jury, find for the plaintiff, Joseph Perry, and assess his damages against the defendant at $60,000.00. Dated January 25, 1983. Richard W. McLendon, Jr., Foreman.' and `We, the jury, find for the plaintiff, Nancy Perry, and assess her damages against the defendant at $15,-000.00. Dated January 25, 1983. Richard W. McLendon, Jr., Foreman.' The judge polled the jury and, being informed that the verdict was that of each juror, entered the judgments against the defendant as directed by the jury verdicts. [Emphasis added.]
 "s/Paul J. Miller, Jr. "Circuit Judge"
In fact, a careful search of the record shows there was nojudgment entered.
In my opinion the above will not support an appeal and therefore this court is without jurisdiction to entertain this attempted appeal. § 12-22-2, Code of 1975.
FAULKNER and ADAMS, JJ., concur.